UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIPIN SEHGAL,<br><br>         Plaintiff,<br><br>-against-<br><br>BENARES FINE CUISINE INC.,<br><br>         Defendant. | 23-CV-2744 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  On August 24, 2023, the Court ordered the parties to provide this Court with the terms of the settlement in order to ensure that, in compliance with the FLSA, they are fair and reflect a reasonable compromise of disputed issues no later than **September 25, 2023**. ECF No. 21 ("August 24 Order"). The Court also ordered the parties to submit a joint letter explaining why they believe the settlement reflects a fair and reasonable compromise of disputed issues, as well as attorney billing records and support for any release, confidentiality or non-disparagement provisions, no later than **September 25, 2023**. *Id*.

  The parties shall submit the materials enumerated in the Court's August 24 Order by **October 13, 2023**. If the parties continue to violate court orders, the Court may issue sanctions and/or reject approval of the settlement.

Dated: October 3, 2023
     New York, New York

                     SO ORDERED.

                     *Jessica Clarke*

                     JESSICA G. L. CLARKE
                     United States District Judge