

# THE SAMUEL LAW FIRM

### ATTORNEYS AT LAW

263 BROADWAY, SUITE 6085, NEW YORK, NY 10018

PHONE: (212) 563-9884 | FAX: (212) 563-9870 | WEBSITE: www.samuelandstein.com

**MICHAEL SAMUEL**
michael@samuelandstein.com

October 13, 2023

ADMITTED IN NY

Honorable Judge Jessica Clarke
United States District Court
500 pearl Street
New York, NY 10007

**Re: *Vipin Seghal vs. Benares***
**Case No.1:23-cv-02744-GHW**

Dear Judge Clarke:

Please be advised that we represent the Plaintiff in the above-entitled wage and hour case. As the court is aware, this matter has been resolved and we are in the process of filing our motion for Cheeks approval. We have sent a draft agreement to Sanjay Chaubry, esq, counsel for the Defendant. Mr. Chaubry advised us that his client is out of town and therefore will need some additional time to review the agreement with his client. We therefore request one additional week, or until October 20, 2023 to submit our fairness motion. Please be advised that this is a joint request.

We thank the Court for its attention to this matter and are available at Your Honor's convenience should the Court have any questions regarding the foregoing.

Respectfully submitted,

/s/ *Michael Samuel*
Michael Samuel, Esq.

The deadline for the parties to comply with the Court's *Cheeks* Order, *see* ECF No. 21, is EXTENDED to **October 20, 2023**. The parties are reminded that, per the Court's Individual Rules, requests for extensions must be made at least 48 hours prior to the deadline.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

Dated: October 16, 2023
    New York, New York