UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIPIN SEHGAL,

                Plaintiff,

-against-

BENARES FINE CUISINE INC.,

                Defendant.

23-CV-2744 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    Counsel for all parties shall appear for a conference with the Court on **January 17, 2024 at 2:00 pm** via Microsoft Teams to discuss the terms of their revised proposed settlement agreement. *See* ECF No. 28.

Dated: January 8, 2024
       New York, New York

SO ORDERED.

*[Signature: Jessica Clarke]*

JESSICA G. L. CLARKE
United States District Judge