UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIPIN SEHGAL,<br><br>                              Plaintiff,<br><br>            -against-<br><br>BENARES FINE CUISINE INC.,<br><br>                              Defendant. | 23-CV-2744 (JGLC)<br><br>**<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

For the reasons stated on the record on January 17, 2024, the Court denies approval of the parties' revised settlement agreement because of the parties' proposed confidentiality provision. The parties may file a revised settlement agreement by **January 31, 2024** that addresses this issue. If not, the parties shall submit a joint letter by the same date indicating their intention to abandon settlement and continue litigating this matter.

Dated:  January 17, 2024
           New York, New York

SO ORDERED.

*Jessica Clarke*
_____
JESSICA G. L. CLARKE
United States District Judge